UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PATRICK SPURLOCK,

                Plaintiff,

    v.

IAN A. NORTHRIP et al.,

                Defendants.

No. 09-5422RBL/JRC

ORDER ADOPTING REPORT AND
RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J.

Richard Creatura, objections to the Report and Recommendation, [Dkt. #15], and the remaining

record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Defendant Northrip is DISMISSED WITH PREJUDICE. A Defense
           Attorney does not act under color of state law. The remaining claims are
           DISMISSED WITHOUT PREJUDICE as plaintiff must receive relief by
           way of Habeas Corpus prior to the claims accruing;

    (3)    All pending motions are DISMISSED as MOOT.

    (4)    The Clerk is directed to send copies of this Order to plaintiff, and to the Hon. J.
           Richard Creatura.

DATED this 25th day of September, 2009.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1