# United States District Court

WESTERN DISTRICT OF WASHINGTON

PATRICK SPURLOCK

v.

IAN A. NORTHRIP, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5422RBL/JRC

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

Defendant Northrip is DISMISSED WITH PREJUDICE. A Defense Attorney does not act under color of state law. The remaining claims are DISMISSED WITHOUT PREJUDICE as plaintiff must receive relief by way of Habeas Corpus prior to the claims accruing; and

All pending motions are DISMISSED as MOOT.

| | |
|---|---|
| September 25, 2009 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |