UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PATRICK K. SPURLOCK, | CASE NO. C09-5422RBL/JRC |
| Plaintiff, | |
| v. | ORDER DENYING ALL PENDING MOTIONS |
| IAN A. NORTHRIP *et al.*, | |
| Defendants. | |

This Civil Rights Action filed pursuant to 42 U.S.C. § 1983 has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4. This action is closed. Some claims were dismissed with prejudice and some without prejudice (Dkt. # 17 and 18).

Since termination of this action, plaintiff has filed a notice of appeal and two motions. The motions are: (1) a motion for depositions to "perpetuate testimony;" and (2) a motion for issuance of summons (Dkt. # 26 and 27). These two motions have been referred to this Court.

This Court had original jurisdiction to hear this case pursuant to 28 U.S.C. 1331. After entry of a final order, the Ninth Circuit Court of Appeals has jurisdiction pursuant to 28 U.S.C. 1291. The Court declines to consider motions on a case appealed from a final order. Accordingly, the motions are DENIED.

ORDER - 1

The clerk of court is directed to send plaintiff a copy of this order and remove Dkt. # 26 and 27 from the court's calendar.

DATED this 18th day of November, 2009.

J. Richard Creatura
United States Magistrate Judge